

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2015

No. 04-14-00533-CV

Kenneth W. **ARTHUR**, et al,
Appellant

v.

**UVALDE COUNTY APPRAISAL DISTRICT,** Albert Mireles, Chief Appraiser,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-28619-TX
Honorable Watt Murrah, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                    Karen Angelini, Justice
                    Marialyn Barnard, Justice
                    Rebeca C. Martinez, Justice
                    Patricia O. Alvarez, Justice
                    Luz Elena D. Chapa, Justice
                    Jason K. Pulliam, Justice

The court has considered the Appellee's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court